## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALBERT M. VOSBURG, III, ALBERT M. VOSBURG, JR., VIRGINIA L. VOSBURG, STUART A. VOSBURG, RICHARD K. VOSBURG, DAVID A. VOSBURG, PAUL J. VOSBURG, MARK S. VOSBURG, MATHEW W. VOSBURG, MARSHALL W. VOSBURG, JILL V. VOSBURG, KATHERINE VOSBURG BAKER, TAMMY L. VOSBURG, GLORIA VOSBURG GAREY,

          Petitioners

        v.

NBC SEVENTH REALTY CORP., AND PITTSTON AREA INDUSTRIAL DEVELOPMENT CORP.,

          Respondents

:  No. 756 MAL 2015
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.